NUMBER 13-02-276-CR

 

                             COURT OF APPEALS

 

                   THIRTEENTH DISTRICT OF TEXAS

 

                                CORPUS CHRISTI

________________________________________________________________

 

JORGE
ARMANDO ROBLES,                                                  Appellant,

 

                                                   v.

 

THE STATE OF TEXAS,                                                          Appellee.

________________________________________________________________

 

                        On appeal from the 389th District Court 

                                  of Hidalgo County, Texas.

________________________________________________________________

 

                                   O P I N I O N

 

                     Before Justices
Dorsey, Rodriguez, and Castillo

                                       Opinion Per Curiam

 








Appellant, JORGE
ARMANDO ROBLES, attempted to perfect an appeal from a judgment entered by
the 389th District Court of Hidalgo County,
Texas.  Sentence in this cause was
imposed on March 14, 2002. 
No timely motion for new trial was filed. The notice of appeal was due
to be filed on April 15, 2002, but was not filed until April 24, 2002.   Said
notice of appeal is untimely filed. 

Tex.
R. App. P.
26.3 provides that the court of appeals may grant an extension of time for
filing notice of appeal if such notice is filed within  fifteen days of the last day allowed
and within the same period a motion is filed in the court of appeals reasonably
explaining the need for such extension. 
Appellant failed to file his notice of appeal and a motion requesting an
extension of time within such period. 

The Court, having
considered the documents on file and appellant's failure to timely perfect his
appeal, is of the opinion that the appeal should be dismissed for want of
jurisdiction.  The appeal is hereby DISMISSED
FOR WANT OF JURISDICTION.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 20th
day of June, 2002.